FILED
CLERK, U.S. DISTRICT COURT
1/28/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERNESTO SALVADOR FLORES,<br>  aka "Neto,"<br>  aka "Lil Neto,"<br>  aka "Klepto,"<br>  aka "Frosty,"<br><br>  Defendant. | CR No. 2:25-CR-00062-MRA<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924 and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about November 3, 2024, in Ventura County, within the Central District of California, defendant ERNESTO SALVADOR FLORES, also known as ("aka") "Neto," aka "Lil Neto," aka "Klepto," aka "Frosty," knowingly possessed a firearm, namely, a Canik, model TP9SF, 9mm caliber pistol, bearing serial number 21BH30635, and ammunition, namely, four rounds of Winchester 9mm Luger caliber ammunition, each in and affecting interstate and foreign commerce.

Defendant FLORES possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Street Terrorism, in violation of California Penal Code Section 186.22(a), in the Superior Court for the State of California, County of Ventura, Case Number 2011043279, on or about April 9, 2012;

2. Resisting an Executive Officer, in violation of California Penal Code Section 69, in the Superior Court for the State of California, County of Ventura, Case Number 2011043279, on or about April 9, 2012;

3. Vandalism, in violation of California Penal Code Section 594(b)(1), in the Superior Court for the State of California, County of Ventura, Case Number 2017011032, on or about May 8, 2019;

4. Shooting at an Unoccupied Vehicle, in violation of California Penal Code Section 247(b), in the Superior Court for the State of California, County of Ventura, Case Number 2017011032, on or about May 8, 2019;

5. Discharge of Firearm with Gross Negligence, in violation of California Penal Code Section 246.3(a), in the Superior Court for the State of California, County of Ventura, Case Number 2017011032, on or about May 8, 2019;

6. Possession of a Firearm by a Felon, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Ventura, Case Number 2017011032, on or about May 8, 2019;

7. Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11378, in the Superior

Court for the State of California, County of Ventura, Case Number 2017011032, on or about May 8, 2019;

    8.    Possession Of a Controlled Substance with Firearm, in violation of California Health and Safety Code Section 11370.1(a), in the Superior Court for the State of California, County of Ventura, Case Number 2017011032, on or about May 8, 2019;

    9.    Carry a Concealed Firearm Upon a Person, in violation of California Penal Code Section 25400(a)(2), in the Superior Court for the State of California, County of Ventura, Case Number 2017011032, on or about May 8, 2019;

    10.    Possession of a Firearm by a Felon, in violation of California Penal Code Section 29800(a)(1), in the Superior Court for the State of California, County of Ventura, Case Number 2017011032, on or about May 8, 2019;

    11.    Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11378, in the Superior Court for the State of California, County of Santa Barbara, Case Number 17CR03814, on or about November 9, 2021; and

    12.    Assault with a Deadly Weapon with Force, in violation of California Penal Code Section 245(a)(4), in the Superior Court for the State of California, County of Santa Barbara, Case Number 20CR08574, on or about November 9, 2021.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in this Indictment.

2.   The defendant, if so convicted, shall forfeit to the United States of America the following:

   (a)  All right, title, and interest in any firearm or ammunition involved in or used in such offense.

   (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                        A TRUE BILL


                                        /S/
                                        Foreperson

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*[signature: Frances D. Lewis]*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

ALEXANDER H. TRAN
Assistant United States Attorney
General Crimes Section